

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Linda Kay Pharis, Appellant

No. 06-13-00240-CR         v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 2 of Parker County, Texas (Tr. Ct. No. CCL1-11-00779).   Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to remove the "day to day" language.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Linda Kay Pharis, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk